In the Matter of KIERA MOLLET, Respondent, v JASON MOLLET, Appellant. [952 NYS2d 470]—

" ' "In order to modify an existing custody or visitation arrangement, there must be a showing that there has been a change in circumstances such that modification is required to protect the best interests of the child" ' " (*Matter of Francois v Grimm*, 84 AD3d 1082 [2011], quoting *Matter of Peralta v Irrizary*, 76 AD3d 561, 562 [2010]; *see* Family Ct Act § 652). "The best interests of the child are determined by a review of the totality of the circumstances" (*Matter of Garcia v Fountain*, 82 AD3d 979, 980 [2011]).

Here, the Family Court's award of sole legal and physical custody of the subject child to the mother has a sound and substantial basis in the record and will not be disturbed (*see Matter of McDonough v McDonough*, 73 AD3d 1067, 1068 [2010]; *Matter of Tercjak v Tercjak*, 49 AD3d 772 [2008]).

The father's remaining contentions are without merit. Eng, P.J., Skelos, Lott and Cohen, JJ., concur.